TAHA A. ABOURAMADAN (*Plaintiff*)
4533 MacArthur Boulevard, Suite #5199
Newport Beach, CA 92660
Tel.: (949) 343-2652
Fax.: (949) 955-2066

Attorney In Pro Per for Plaintiff
TAHA ABOURAMADAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHA ABOURAMADAN,<br><br>    Plaintiff,<br><br>v.<br><br>COASTLINE RECOVERY SERVICES, INC., an incorporated company; WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, a limited liability company; AND DOES 1-10, inclusive.<br><br>    Defendants. | **CASE NO. 2:2017CV07565**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT, proceeding in pro per, comes now pro se Plaintiff, Taha Abouramadan, who, pursuant to the provisions of Federal Rule 41 (a)(1), hereby give notice of Plaintiff's dismissal, without prejudice, of all claims asserted against Defendant Coastline Recovery Services, Inc., and Westlake Services, LLC, in the above-captioned Complaint previously filed by Plaintiff Taha Abouramadan on October 16, 2017 in the United States District Court for the Central District of California.

In the event the claims asserted in this action are re-filed, they will be directly filed into CV07565, *Abouramadan vs. Westlake Financial, et al*, or filed in the United States District Court for the Central District of California in the event that CV07565 is no longer pending.

Dated:  January 25, 2018

Respectfully Submitted,

In Pro Per for Plaintiff TAHA ABOURAMADAN

TAHA A. RAMADAN, In Pro Per
4533 MacArthur Boulevard, Suite #5199
Newport Beach, CA 92660
Tel.: (949) 343-2652
Fax: (949) 955-2066

2